# United States District Court
# Eastern District of California

Angelica Lagman Whetzel

Plaintiff(s)

V.

Frank Bisignano, Comm'r of Social Security

Defendant(s)

Case Number: 2:25-cv-02371-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Karl E. Osterhout hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Angelica Lagman Whetzel

On 11/10/1987 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Bridges v. Comm'r, 1:26-cv-4239, applied 6/3/26, granted; Prescott v. Comm'r, 1:25-cv-1626, applied 6/4/26, granted; Fernandez v. Comm'r, 2:26-cv-2101, applied 6/9/26, granted; Molina v. Comm'r, 1:26-cv-2333, applied 7/7/2026, granted; Phelps v. Comm'r, 2:25-cv-1173, applied 10/26/26 for EAJA purposes only, granted

Date: 10/26/2026

Signature of Applicant: /s/ Karl E. Osterhout

**Pro Hac Vice Attorney**

Applicant's Name: Karl E. Osterhout

Law Firm Name: Osterhout Berger Daley, LLC

Address: 521 Cedar Way, Suite 200

City: Oakmont State: PA Zip: 15139

Phone Number w/Area Code: (412) 794-8003

City and State of Residence: Oakmont, PA

Primary E-mail Address: kosterhout@obd.law

Secondary E-mail Address: fdc@obd.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: ** per Motion, requesting to appear Pro Hac Vice without

Law Firm Name: Local Counsel for purpose of filing for EAJA Fees

Address: ______________________

City: ______________ State: ________ Zip: ____________

Phone Number w/Area Code: ______________________ Bar # ______________

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/5/2026

Chi Soo Kim

JUDGE, U.S. DISTRICT COURT